

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00448-CR

Amber **JACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13552
Honorable Jennifer Pena, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 21, 2020.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

Michael A. Cruz, Clerk of Court